**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JOSEPH WILSON**                                                        **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:13cv663 HTW-LRA**

**JAMES HOLMAN**                                                **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. On April 24, 2014, through the petitioner's Case Manager, the petitioner requested an extension until May 8, 2014 to file his objections. This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, THIS THE 27th DAY OF May, 2014.**

                                       **s/ HENRY T. WINGATE
                                       UNITED STATES DISTRICT JUDGE**